IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

YVENS FELIX,

    Petitioner,

v.                                                                               Case No. 1:19-cv-11-AW-GRJ

SECRETARY, DEP'T OF
CORRECTIONS,

    Respondent.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

I have considered the magistrate judge's September 10, 2021 Report and Recommendation, ECF No. 20, to which there has been no objection. I have determined the Report and Recommendation should be adopted. It is now ORDERED:

1. The Report and Recommendation (ECF No. 20) is adopted and incorporated into this order.

2. The clerk will enter a judgment that says, "The § 2254 petition is denied with prejudice."

3. A certificate of appealability is DENIED.

4. The clerk will close the file.

SO ORDERED on November 2, 2021.

                                                            s/ *Allen Winsor*
                                                            United States District Judge